# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-02292-REB-CBS

SUMMER INFANT (USA), INC., a Rhode Island corporation,

    Plaintiff,

v.

BREATHABLEBABY, LLC, a Minnesota corporation,

    Defendant.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The court's **Order of Reference To United States Magistrate Judge** [#3] entered October 24, 2008, is **WITHDRAWN** and is **SUPPLANTED** with this new Order of Reference. Thus, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

(X)     Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)     Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)     Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X)     Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X)     Conduct hearings, including evidentiary hearings and *Markman* hearings, and submit proposed findings of fact and recommendations for rulings on the construction of claims made the subject of this patent litigation.

(X)     Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: [www.cod.uscourts.gov](www.cod.uscourts.gov) . These govern all proceedings in my court and indicate what my expectations are.**

Dated October 27, 2008, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**