**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-02292-RPM-CBS

SUMMER INFANT (USA), INC., a Rhode Island corporation,

    Plaintiff,

v.

BREATHABLEBABY, LLC, a Minnesota corporation,

    Defendant.

___

**ORDER OF DISMISSAL**
___

    Upon consideration of the Stipulation for Dismissal, it is

    ORDERED, that the above-captioned action is DISMISSED, on the merits and with prejudice. All parties shall bear their own costs and attorneys' fees.

    Dated this 26th day of February, 2009.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Disrict Judge